M. J. AURE v. BOARD OF COUNTY COMMISSIONERS OF BECKER COUNTY and Others.[1]

April 26, 1897.

Nos. 10,547—(200).

**Appeal—Return.**
> Rule laid down in Du Toit v. Fergestad, 55 Minn. 462, as to the sufficiency of a return on appeal, ap plied, and the order appealed from affirmed.

Action against the board of county commissioners of Becker county, the county auditor of that county and George D. Hamilton for an injunction restraining the defendant board from paying defendant Hamilton from public funds for publishing the delinquent tax list for 1897, and from printing the official proceedings of said board. From an order of the district court, Baxter, J., granting an injunction pendente lite defendant Hamilton appealed. Affirmed.

*Morton Barrows*, for appellant.

*M. J. Daly*, for respondent Aure.

*J. N. True*, County Attorney, for respondent board of county commissioners, and respondent auditor.

PER CURIAM. Appeal by defendant Hamilton from an order granting an injunction pendente lite. The return consists solely of copies of the complaint in the action, of an answer made by defendants board of county commissioners and county auditor, of the order to show cause why a temporary writ of injunction should not issue, of the order granting the writ, and of the notice of appeal, duly certified by the clerk of the court below as transcripts of the originals in his office. The return is noticeably defective. See Du Toit v. Fergestad, 55 Minn. 462, 57 N. W. 204, and cases cited.

The order appealed from is affirmed.

[1] Reported in 70 N. W. 791.